COMMONWEALTH of Pennsylvania,
Appellant,

v.

Simon PIRELA, Appellee.

Supreme Court of Pennsylvania.

Submitted April 18, 2005.

Aug. 20, 2007.

Amy Zapp, Esq., Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

George Gabriel Gordon, Esq., Dechert L.L.P., Philadelphia, for Simon Pirela.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of August, 2007, the order of the Court of Common Pleas is affirmed. *See Commonwealth v. Gibson,* —— Pa. ——, 925 A.2d 167 (2007) (when Post Conviction Relief Act court's findings are supported by substantial evidence and legal conclusion is not clearly erroneous, determination petitioner is mentally retarded and cannot be executed is affirmed).